# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

JOSEPH CLIFFORD MALCOMB,      :    No. 22 WAP 2019

        Appellant

v.

PA DEPARTMENT OF CORRECTIONS,

        Appellee

## ORDER

**PER CURIAM**

     **AND NOW**, this 22nd day of October, 2019, the Application for Summary Relief is GRANTED, and the Order of the Commonwealth Court is AFFIRMED.